# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Mindy Thornton, | |
| Plaintiff, | Civil Action No.: 3:23-cv-00637-JJH |
| v. | So Ordered. |
| Harris & Harris, Ltd., | s/ Jeffrey J. Helmick |
| Defendant. | United States District Judge |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Mindy Thornton | Harris & Harris, Ltd. |
|---|---|
| /s/ Sergei Lemberg | /s/ David B. Shaver |
| Sergei Lemberg, Esq. | David B. Shaver, Esq. |
| LEMBERG LAW, L.L.C. | Surdyk, Dowd & Turner Co., L.P.A. |
| 43 Danbury Road, 3rd Floor | One Prestige Place, Suite 700 |
| Wilton, CT 06897 | Miamisburg, Ohio 45342 |
| Telephone: (203) 653-2250 | Telephone: (937) 222-2333 |
| Facsimile: (203) 653-3424 | Facsimile: (937) 222-1970 |
| Attorneys for Plaintiff | Attorney for Defendant |